IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LASTOCHKA, INC., et al.,** | |
| Plaintiffs, | **8:13CV182** |
| vs. | |
| **JANET NAPOLITANO, et al.,** | **ORDER** |
| Defendants. | |

The records of the court show that on June 18, 2013, the Office of the Clerk of Court sent a letter (Filing No. 4) to:

> Steven Riznyk
> RIZNYK & COMPANY, APC
> 4225 Executive Square, Suite 600
> La Jolla, CA 92037

The letter directed the attorney to register for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System), within fifteen days.  **See** NEGenR 1.3(b) and NEGenR 1.7.  As of the close of business on August 23, 2013, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before September 18, 2013, attorney Steven Riznyk shall register or show cause by written affidavit why he cannot comply with the rules of the court.  Failure to comply with this order will result in Mr. Riznyk being removed as counsel of record for the plaintiffs.

Dated this 26th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge